**1**

Steve LEWIS v. STATE. (No. 9578.) (Court of Criminal Appeals of Texas. June 24, 1925.) Appeal from District Court, Bell County; Lewis H. Jones, Judge. J. W. Thomas, of Belton, and J. F. Taulbee, of Georgetown, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary. Punishment, eight years in the penitentiary. It is made known to us by proper affidavit that appellant escaped from the custody of the sheriff after perfecting his appeal. By reason of such escape, this court no longer has jurisdiction. Articles 912, 913, C. C. P. The appeal is dismissed.

---

**2**

Steve LEWIS v. STATE. (No. 9579.) (Court of Criminal Appeals of Texas. June 24, 1925.) Appeal from District Court, Bell County; Lewis H. Jones, Judge. J. W. Thomas, of Belton, and J. F. Taulbee, of Georgetown, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary; punishment, five years in the penitentiary. It is made known to us by proper affidavit that after perfecting this appeal appellant escaped from the custody of the sheriff. By reason of such escape this court no longer has jurisdiction. Articles 912, 913, C. C. P. The appeal is dismissed.

---

**3**

Jessie ROBERTSON v. STATE. (No. 9587.) (Court of Criminal Appeals of Texas. June 24, 1925.) Appeal from District Court, Limestone County; J. R. Bell, Judge. Kennedy & Lyles, of Groesbeck, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The record is before this court without statement of facts or bills of exceptions. Finding no error, the judgment is affirmed.

---

**4**

Avery WILLIAMS v. STATE. (No. 9558.) (Court of Criminal Appeals of Texas. June 24, 1925.) Appeal from District Court, Jefferson County; Geo. C. O'Brien, Judge. F. S. Jones, of Beaumont, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is robbery by assault; punishment fixed at confinement in the penitentiary for a period of 30 years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived. The judgment is affirmed.